1  Jeffrey D. Kaliel (SBN 238293)
   Amanda J. Rosenberg (SBN278507)
2  KALIELGOLD PLLC
   1100 15th Street NW, 4th Floor
3  Washington, D.C. 20005
   Tel: (202) 350-4783
4  jkaliel@kalielpllc.com
   arosenberg@kalielgold.com
5
   Sophia G. Gold (SBN 307971
6  KALIELGOLD PLLC
   490 43rd Street, No. 122
7  Oakland, California 94609
   Tel: (202) 350-4783
8  sgold@kalielgold.com

9  JENNINGS & EARLEY PLLC
   Christopher D. Jennings*
10 Tyler B. Ewigleben*
   Winston S. Hudson*
11 500 President Clinton Avenue, Suite 110
   Little Rock, Arkansas 72201
12 Telephone: (601) 270-0197
   chris@jefirm.com
13 tyler@jefirm.com
   winston@jefirm.com
14
15 *Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>GO CARWASH MANAGEMENT CORP.,<br><br>Defendant. | Civil Action No.: 5:24-cv-02085-SSS-DTB<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Sunshine Suzanne Sykes |

PLEASE TAKE NOTICE that Plaintiff Aaron Rodriguez ("Plaintiff") and Defendant Go Carwash Management Corp., by and through their counsel, hereby inform the Court that they have reached a settlement on an individual basis.

The Parties need additional time to process the documentation of their

NOTICE OF SETTLEMENT

agreement and expect to be in a position for Plaintiff to file his dismissal paperwork within thirty (30) days. In light of the foregoing, the Parties respectfully request that all current deadlines and hearing dates be stayed.

Dated: April 25, 2025

Respectfully submitted,

**KALIELGOLD PLLC**

/s/ Sophia G. Gold
Sophia G. Gold
Jeffrey D. Kaliel
Amanda J. Rosenberg
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com
jkaliel@kalielpllc.com
arosenberg@kalielgold.com

**JENNINGS & EARLEY PLLC**
Christopher D. Jennings*
Tyler B. Ewigleben*
Winston S. Hudson*
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
Telephone: (601) 270-0197
chris@jefirm.com
tyler@jefirm.com
winston@jefirm.com

*Pro Hac Vice* applications granted

*Counsel for Plaintiff and the Proposed Classes*