JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GO CARWASH MANAGEMENT CORP.,<br><br>Defendant. | Civil Action No.: 5:24-cv-02085-SSS-DTBx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION**<br><br>Hon. Sunshine Suzanne Sykes |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 17, 2025

_____
SUNSHINE S. SYKES
United States District Judge